RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 4-8-04

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

COMPASS BANK FOR SAVINGS,

Plaintiff,

v.

MANUEL A. JORGE, DISCOVER BANK, and INTERNAL REVENUE SERVICE,

Defendants.

Civil Action No. 04-10707 RGS

Formerly
No. 2003-01393
Bristol County Sup. Ct.

MAGISTRATE JUDGE Bowler

NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America, improperly named as the Internal Revenue Service, has been named as a defendant to the civil action that is now pending in the Superior Court Department, Bristol County, for the Commonwealth of Massachusetts, entitled Compass Bank for Savings v. Manuel Jorge, et al., Case No. 2003-01393.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § § 1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b).

5. Copies of all pleadings received by the defendant United States in this proceeding are attached hereto.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

April 8, 2004

BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210