# Commonwealth of Massachusetts
## County of Bristol
## The Superior Court

CIVIL DOCKET#: **BRCV2003-01393-B**

RE: Compass Bank for Savings v Jorge et al

TO: FILE COPY

---

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **04/12/2004** the following entry was made on the above referenced docket:

**Case REMOVED this date to US District Court of Massachusetts**
**U.S. District Court # 04-10707RGS**

Dated at Taunton, Massachusetts this 20th day of April, 2004.

                                                  Marc J. Santos,
                                                Clerk of the Courts

                                                BY: Valerie A. Brodeur
                                                Assistant Clerk

Telephone: (508) 672-4464