IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMPASS BANK FOR SAVINGS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MANUEL A. JORGE, DISCOVER )<br>BANK, and INTERNAL REVENUE )<br>SERVICE, )<br>)<br>Defendants. ) | Civil Action No.  <u>04-10707</u> |

UNITED STATES' NOTICE OF DISCLAIMER OF INTEREST

PLEASE TAKE NOTICE that the defendant United States of America (Internal Revenue Service), by and through its undersigned counsel, hereby disclaims any interest in the proceeds at issue in the above-captioned proceeding.

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

5/24/04 Lydia D. Bottome
```

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia D. Bottome
LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Service List

Jane M. Pineau
446 County Street
New Bedford, Massachusetts 02740

Howard Lee Schiff
340 Main Street
Worcester, Massachusetts 01608

Manuel A. Jorge
87 Sharp Street
North Dartmouth, Massachusetts 02747