UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT #04-10707RGS

```
------------------------------------------------X
Compass Bank for Savings                        )
                          Plaintiff             )
                                                )
vs                                              )
                                                )
                                                )
Manuel A. Jorge, Discover Bank and              )
Internal Revenue Service                        )
                                                )
                          Defendants            )
------------------------------------------------X
```

## CERTIFICATE OF SERVICE

I, Jane M. Pineau, certify that I caused copies of the Summons, Civil Action Cover Sheet, Complaint for Interpleader and Tracking Order to be served upon the Internal Revenue Service by mailing the same certified mail, return receipt requested to the following addresses:

1. United States Attorney
   United States Courthouse
   1 Courthouse Way – Suite 9200
   Boston, MA  02210

2. Internal Revenue Service
   Area Director
   P.O. Box 9112, Stop 20800
   JFK Federal Building
   Boston, MA  02203

3. U.S. Department of Justice
   Tax Division
   Ben Franklin Station
   Washington, DC  20044

Copies of the certified mail return receipts are attached hereto.

Dated: May 10, 2004

Jane M. Pineau, Esquire
446 County Street
New Bedford, MA  02740
(508) 984-1414
BBO#555151

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7002 0510 0001 8983 1067

| | | |
|---|---|---|
| Postage | $ | .60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Postmark Here 3/16/04

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 1 Courthouse Courthouse Way – Suite 9200
City, State, ZIP+4: Boston, MA 02210

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
United States Courthouse
1 Courthouse Way–Suite 9200
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0001 8983 1067

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Internal Revenue Service
    Area Director
    P.O. Box 9112
    Stop 20800
    JFK Federal Building
    Boston, MA 02203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   _[signature]_ MAR 15            MAR 15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 0510 0001 8983 1128

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here    3/16/04

7002 0510 0001 8983 1128

Sent To  Internal Revenue Service
Street, Apt. No.; or PO Box No.  Area Director P.O. Box 9112 Stop 20800 JFK Federal Building
City, State, ZIP+4  Boston, MA 02203

PS Form 3800, January 2001    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Department of Justice
   Tax Division
   Ben Franklin Station
   Washington, DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

B. Received by (Printed Name) | C. Date of Delivery
   APR 1 2 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0510 0001 8983 1050

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0001 8983 1050

| | | |
|---|---|---|
| Postage | $ | .60 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Postmark Here: 3/16/04

OFFICIAL USE

Sent To: U.S. Department of Justice
Street, Apt. No.; or PO Box No.: Tax Division
Ben Franklin Station
City, State, ZIP+4: Washington, DC 20044

PS Form 3800, January 2001    See Reverse for Instructions